IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ALAN LUCAS | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-42 |
| TEXAS | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Alan Lucas, an inmate confined at the Hughes Unit of the Texas Department of Criminal Justice, Correctional Institutions Division ("TDCJ-CID"), proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the State of Texas. Plaintiff contends that the State of Texas has forfeited the right to confine him because the State no longer follows the United States Constitution.

The action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

A civil rights action is the appropriate means for recovering damages resulting from illegal administrative procedures or the conditions of confinement. *Richardson v. Fleming*, 651 F.2d 366, 372 (5th Cir. 1981). In this case, plaintiff is not seeking monetary damages; he is seeking release from prison. A petition for writ of habeas corpus is the appropriate means for a prisoner to challenge the fact or duration of his confinement, not a civil rights action. *Preiser v. Rodriguez*, 411 U.S. 475, 500 (1973); *Jackson v. Johnson*, 475 F.3d 261, 263 n. 2 (5th Cir. 2007); *Cook v. TDCJ Transitional Planning Dep't*, 37 F.3d 166, 168 (5th Cir. 1994).

At the same time that he filed this action, plaintiff filed a habeas petition raising the same ground for review. *Lucas v. Director*, No. 6:22-CV-75 (E.D. Tex.) That petition was transferred to the Southern District of Texas. Because plaintiff has a pending habeas petition, this action should be dismissed instead of construing it as a habeas petition.

## Recommendation

This civil rights action should be dismissed without prejudice.

## Objections

Within fourteen days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 5th day of April, 2022.

Zack Hawthorn
United States Magistrate Judge